JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xavier Aguirre,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>County of Orange, et al,<br><br>　　　　　Defendant(s). | SACV 21-00260JVS(JDEx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

　　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action if settlement is not consummated.

DATED: 4/7/21

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　United States District Judge